

**FILED**
7/25/2022 NF
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Christopher James Mansoori

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Counselor Martinez

Tom Dart

Jane Doe Nurse

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**RECEIVED**

MAR 29 2022 cr

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:22-cv-01638
Wood / Gilbert
PC 2
DIRECT

**CHECK ONE ONLY:**

X  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.    Plaintiff(s):**

A.    Name: Christopher James Mansoori

B.    List all aliases: N/A

C.    Prisoner identification number: 20191007189

D.    Place of present confinement: Cook County Jail

E.    Address: 2700 S. California Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Counselor Martinez

Title: Counselor

Place of Employment: Cook County Jail

B.    Defendant: Tom Dart

Title: Top Sheriff, Cook County

Place of Employment: Cook County

C.    Defendant: Jane Doe

Title: Nurse

Place of Employment: Cook County Jail, Cermak Medical Services

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Christopher Mansoori vs Patel etc...

B. Approximate date of filing lawsuit: December 7 2017

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Christopher Mansoori

D. List all defendants: Patel, Mcgiveny, Mccullogh, Dr. Stimacki, Dr. Montgomery etc... all

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Court, Northern District, Eastern Division

F. Name of judge to whom case was assigned: Andrea Wood

G. Basic claim made: prisoner rights/conditions violations

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending waiting for Judge Wood to rule on the State's motion.

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II.

All Lawsuits Filed continued

A. Christopher Mansoori vs. City of Chicago, Jessica Chaidez, Steven Demarco, Michelle Wood etc...

B. February 2020

C. Christopher Mansoori

D. City of Chicago, Jessica Chaidez, Steven Demarco, Michelle Wood, Kolori

E. Federal Court, Northern District, Eastern Division

F. Honorable Gary Feinerman

G. Conspiracy to deprive liberty, False arrest, False imprisonment, perjury, malicious prosecution

H. Pending

I. N/A

All Lawsuits Filed Continued

A. Christopher Mansoori vs. Alicia Pickett, Thomas Smith, T.O. Silius, and Northwestern Memorial Hospital.

B. August 2020

C. Christopher Mansoori

D. Alicia Pickett & Thomas Smith of DCFS, LPD officer Silius, Northwestern Memorial hospital

E. Federal Court, Northern District, Eastern Division

F. Honorable Virginia Kendall

G. Violations in a conspiracy manner

H. Dismissed w/o prejudice

I. N/A

All Lawsuits Filed continued

A. Christopher Mansoori vs. Illinois Department of Children and Family Services

B. July 2021

C. Christopher Mansoori

D. Alicia Pickett, Thomas Smith & Mario Martinez of IDCFS

E. Illinois Court of Claims

F. Unknown

G. Child endangerment, False arrest, Failure to protect a child from abuse

H. Pending

I. N/A

All Lawsuits Filed continued

A. Christopher Mansoori vs. Northwestern Memorial Hospital

B. July 2021

C. Christopher Mansoori

D. Northwestern Memorial Hospital an Illinois not-for-profit corporation

E. Circuit Court of Cook County, Illinois, Law Division

F. Honorable John Ehrlich

G. medical malpractice

H. Pending, settlement discussions as of now

I. N/A

All Lawsuits Filed (Continued)

A. Christopher Mansoori vs. Chicago Police officer Silius, and The City of Chicago

B. August 2021

C. Christopher Mansoori

D. M.J. Silius Chicago Police officer & The City of Chicago a Municipal corporation

E. Federal Court, Northern District, Eastern Division

F. Honorable Mary Rowland

G. False arrest, False imprisonment, unlawful search

H. Pending, a current "Stay" on the proceeding

I. N/A

All Lawsuits Filed Continued

A. Christopher Mansoori vs. C.O. Squires et.al. Case # 21-CV-05881

B. November 1 2021

C. Christopher Mansoori

D. C.O. Squires, C.O. Mintah, Lt. Holmes, Superintendent Queen

E. Federal Court, Northern District, Eastern Division

F. Honorable Andrea Wood

G. No recreation time in 27 months while a prisoner, exceptance

H. Pending

I. N/A

All Lawsuits Filed continued

4. Christopher Mansoori vs. John Doe et. al   Case # 21-CV-06173

B. November 1 2021

C. Christopher Mansoori

D. John Doe engineers et. al

E. Federal Court, Northern District, Eastern Division

F. Honorable Andrea Wood

G. confined with nearly no heat and periods with no hot water

H. Pending

I. N/A

All Lawsuits Filed continued

A. Christopher Mansoori vs. C.O. Smith et al   Case # 21-CV-06242

B. November 2021

C. Christopher Mansoori

D. C.O. Smith and John Doe C.O.

E. Federal Court, Northern District, Eastern Division

F. Honorable Andrea Wood

G. Excessive Force

H. Pending

I. N/A

All Lawsuits Filed continued

A. Christopher Mansoori vs. Ms. Milly et, al  Case # 21-CV-06379

B. November 2021

C. Christopher Mansoori

D. Ms. Milly Law librarian and Jane Doe librarian

E Federal Court, Northern District, Eastern Division

F. Honorable Andrea Wood

G. Denying me access to the law library causing financial injury

H. Pending

I. N/A

1/7

## IV.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Count 1

As of March 17, 2020 the Chief Judge of the Cook County Criminal courts building issued an order halting all in person court due to covid 19. Society was going into lockdown phases or talks of it were taking place. Tom Dart was well aware of the rapid ability covid 19 had to spread and the seriousness of the situation within the jail. Inmates as early as January or February were going into isolation due to sickness, Tom Dart has a duty to protect and implement plans, that will prevent inmates from contracting or being exposed to deadly viruses. He failed to administer any protocol or order that would stop the cross-contamination of infected inmates with healthy inmates. Tom Dart carelessly, wrecklessly, and negligently allowed the jail to move infected/contagious inmates around the jail to different divisions and tiers without any consideration to my health or the health of others. Specifically, inmates who were ill, were moved onto tier 1K Division 6 approximately March 21, 2020, as many as three sickly inmates (covid 19). The plaintiff contends that Tom Dart imposed a near death experience on him, when Tom Dart did not uphold his duty to protect/limit the plaintiff's exposure to the 4 deadly covid 19 virus. Studies show covid 19 damages the male reproductive system also.

Revised 9/2007

Count 2

As of March 19 2020 Counselor Martinez was absent and he did not provide or leave any grievance forms or request slips until we left the deck on April 16 2020. He deliberately did not provide them so inmates could not document or grieve their medical conditions during their sickness and quarantine. Jane Doe Nurse did not provide any medical request slips from March 21 2020 through the time period our deck transferred as a unit on April 16, 2020. For these reasons, the counselor and the Nurse are responsible for concealing my medical state as well as all of the other inmates' medical state during the time period from March 21 2020 through April 16, 2020. I nearly died and I couldn't document it or request in writing medical attention during that period, nor could I request a covid test. Even though I almost died from covid, nowhere medically is it documented that I had covid nor is it documented medically how ill I was and how grave my medical state was at the peak of my sickness. In this manner, the Cook County Jail fraudulently concealed how many inmates actually contracted covid19, so that statistically speaking, the jail wouldn't look bad. Although the situation occurred on my tier, Division 6 1K, the consensus is that the Jail staff did this on every tier in Division 6 at that time. This lead to the inference and my belief that Tom Dart had an agenda jail staff carried out, 5 to cover up or fraudulently Revised 9/2007 conceal, the number of inmates who had covid. This way, he was able to downplay the statistics so he could protect his reputation.

Count 3

Once I contracted covid 19, coupled with my pre-existing heart condition, my medical state was near death and extremely dangerous. Jane Doe Nurse was deliberately indifferent to my medical needs. She refused to acknowledge my grave condition, she failed to test me for covid 19, and she left me to die alone in my cell. Jane Doe Nurse was deliberately negligent in treating me medically.

The plaintiff's personal account of the events related to Counts 1-3:

As of March 21, 2020 three inmates were moved to Division 6 tier 1K who displayed signs of illness (covid). Only one of those inmates was tested for covid, after approximately five days of being on the tier. He tested positive and was removed from the tier. Another one of those three sickly inmates bonded out. The last of the three remained on the tier for a week.

As the days progressed my cellmate Marcus Mitchell, complained of a headache on March 26 and 27 2020. I believe we were placed on quarantine March 27, 2020 because that was the first day the Nurse came on tier 1K to do temperature checks. That day Mitchell had a fever over 100°. He was not taken off of the tier, nor was he tested for covid. After our tier was placed on quarantine, not a single inmate was tested for covid. Since I shared a cell with Marcus Mitchell, I believe I got sick sharing the air with him. On March 28, 2020 the entire tier became single man cells, most cells.

Ultimately, our tier was quarantined and we were all subjected to the exposure of covid 19, by one another, in closed quarters. Once quarantined, counselors did not appear, grievance forms had been missing since 3/19/20 through 4/16/20 (Except when Lt. Holmes hand delivered me three grievance forms on 4/9/20, and medical forms had been absent since 3/21/20. Throughout the duration

of our quarantine, no forms were available to request help or document concerns. Everyone on the deck, including myself were experiencing the virus differently. Each person exhibited symptoms in different ways as the virus uniquely affects each individual. The television supported our belief that we all had covid, the symptoms flashed across the screen: Loss of taste (my indicator) and smell, shortness of breath, a cough, an unordinary sore throat, headaches, heart palpitations, body aches, chills, and possible fever. Some people blacked out and hit their head right in front of me (Perry Jackson), others were weak and feeling ill (Darion Dunbar, Deontae Haywood, Orlando Santiago Rivera, Elijah Murphy, Marcus Mitchell, and a Michael Murphy I believe in the cell next to me). We all survived the virus but none of us were tested or labeled as infected, there were others I couldn't document all of their names.

On March 28 2020, I woke up with a headache and a bit ill. The next two days I woke up with an inexplicable sore throat/respiratory tract, and I felt weak and very near death. The combination of heart palpitations, shortness of breath, nausea, body aches/weakness, and diahrea overwhelmed me. I would take a breath and it was a struggle to process the air, my head pounded and my heart beat scared me, to induce panic. I was very conscious of my heart and focused to control my vital organs/breath.

The onset of a fever took place approximately March 30-31 2020, one of these days I tested at 99.7, but it was not the peak of the fever. Approximately April 2nd & 3rd I did not wake up for vital check. I was so ill with a fever, that caused me to soak all of the linens across my entire body, I did not move for nearly two days. The sleep was coma like, I'd sleep for twenty hours straight, and I couldn't eat.

Everyday, Jane Doe Nurse would come on the tier to do vital checks, but she was just going through the motions. She didn't actually treat anyone. On April 4, when the peak of my fever broke, I came out of my cell to see the nurse. She spoke to

me very cruelly, harsh to say the least, and she refused to acknowledge my weak physical state. She also refused to test me for Coronavirus. When the fever began when it said "99.7, she said, "Oh, you'll be fine." I shook and convulsed in the bed from the chills, as the fever got worse, through out that night. Two nights had passed of near death since then and I pleaded desperately to her, "I'm weak, I can't breathe, I've had diahrea everyday, I haven't eaten in a week, my heart... I need help I'm ill." She snapped saying, "Get away from me, you're trying to get me sick and you have a terrible attitude. I'm not doing anything for you." I couldn't think of how I could have possibly offended her, I was so weak. She was an African American Nurse. I wasn't going to let Jane Doe Nurse break my spirit. C.O. Sandoval was present. I went back to my cell to sleep, hoping that I wouldn't die. After a week of illness, there was no hope in being treated medically. My life did not matter to Tom Dart or the Jane Doe Nurse from Cermak Medical Services (months later, on another tier, we watched Lesern Horton die for three days, they wouldn't treat him medically. He died July 4, 2020 in Dorm 4 due to covid. This was proof to all who knew he was dying, how much regard the jail had for life). I continued to sleep 21 out of 24 hours from March 29, 2020 through April 12, 2020. I willed my way to survive in a hard, dark spot.

   On April 9, 2020 Lt. Holmes walked on the deck. From inside of my cell I verbally lashed out at him for the conditions and disregard to my life. I demanded grievances to document my account of these events. He apologized to me and said he was not to blame, "I wish you well," he said. He provided the grievances and I wrote, it was nearly three weeks since I was able to document anything. If one reads the grievance from that day, I was so weak, the carbon copy is extremely faint, but I screamed for help on paper and condemned my treatment or lack of. I should've been put on an IV during the time I was sick. I healed by April 12, 2020 and began to eat again. I cried to have survived in my

6/7

cell alone. I cried, but swore to myself those first days not to die, "I can't go out like that." A sheriff went cell to cell asking inmates if they would take a plea deal since covid 19 was going around. I refused, that only made me want to over-come the virus and state even more, and live to care for my son.

I was born with a heart condition. One of the values in the chamber of my heart is missing a third piece. It is called a bicuspid valve. This abnormality causes the blood to back flow on every beat. Due to this condition, oxygen doesn't get distributed as efficiently as it should through my body. The condition causes an irregular heartbeat or arythmia. This pre-existing condition was surely the reason I experienced such a close encounter to death when corona virus overcame my body. I had to consciously focus to stabilize my well-being, to fight death alone in a dungeon. I pulled through.

On April 1, 2020 I had two weeks of state trays saved up, uneaten. I also had the same $200 in commissary I began with, right before I got sick, uneaten. Anyone who knows me, knows how much I love to eat. C.O. Pena witnessed my illness. In the cell, I only got up to drink water and use the bathroom while I was ill for those sixteen days.

I have done over 1,800 days in Cook County Jail since 2015 as a pretrial detainee, never have I seen a lack of forms on a tier longer than a day or two. Not supplying the forms for weeks was deliberate, not acknowledging I contracted corona or my physical state (among 1000's of others) was deliberate. Not treating me medically when I was gravely ill with the virus was deliberate. Concealing the jail population's disposition at this time, including myself, was deliberate. There is no evidence documented that I endured corona virus besides the documents I have prepared.

Corona virus is said to leave everlasting damage to the body and organs. Experts say damage to the lungs, with a decreased functioning in absorbtion of oxygen, kidney damage, immune system damage, as well as diminished memory is possible. Since the virus,

I am unable to perform the same high endurance exercises that I used to. I fatigue faster and perform 25% less reps than I used to. My body has changed. My short term memory is not as sharp as it was before the virus. If one takes into perspective my pre-existing heart condition, coupled with the long term effects of corona virus, chances are the conduct of the Defendants described through out this complaint, has significantly shortened my life span or life expectancy, as well as damaging my reproductive system.

I was not at liberty to cautiously control my exposure, it was another's responsibility. The virus was negligently imposed upon me. As a pre-trial detainee, who is not convicted, I have the right to a certain standard of respect or regard for my life and well-being. With this complaint, I petition the jurisdiction of the Federal Court to redress my Constitutional rights, under the 14th and 8th Amendments, in the issues I have articulated through out.

Humbly,
Christopher Mansoori

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I seek a judgement of 1.2 million dollars, which would include punitive damages if that is appropriate.

VI.     The plaintiff demands that the case be tried by a jury.     ☑ YES     ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __21st__ day of __March__, 20__22__

Christopher Mansoon
(Signature of plaintiff or plaintiffs)

Christopher Mansoori
(Print name)

20191007149
(I.D. Number)
Division 6 - 2 N

2700 S. California
Chicago IL 60608
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Judge Andrea Wood,                                                                    3/22/22

    I wanted to take a moment to Thank you, for taking the time out of your professional life, and the time out of your life period, to review all of my causes, I know that I have filed a lot of claims that have or will take up your docket and time. I've been forced to remain in the jail as a pretrial Detainee over 5 years since 2015, and there are a lot of violations I just can't find it in myself, to accept. I know it may be viewed as though I'm overzealous, but the state and it's agents don't follow the law at all. They violate the masses, and only a few highlight the standards to them. They violate people and dare them to do anything about it. Obviously, legal claims are to my personal benefit, but I noticed that when I do file claims, it causes the jail to re-evaluate how they are operating. It gives me a sense of purpose, to redraw forgotten standards, for everyone, it's to everyone's benefit. With that being said, the most important thing is time, and I truly appreciate the time you spend on the matters I've meticulously prepared.

    I have filed 9 new complaints, all with (IFP) applications. I intended to pay the filing fee, but when you see count 14 of the legal mail complaint, you'll see why I have filed as a poor person. The check has been re-issued and I should have it in an account by at least 4/7/22. As long as I get ample time to pay the fees, I will be able to pay them. I haven't recieved the check, re-issued, yet. Again, all 9 complaints have completed IFP applications, but I have only included one Trust Fund balance for the previous 12 months. Please attribute the single Trust Fund Balance printout for all 9 IFP applications, as they were all completed at the same time and Date.

    Also, if there is any complaint you order me to amend, can you please order a copy of the original complaint to be mailed to me with your instructions? I do not have a copy of any of the last 4+9 =(13) filings, it's nearly impossible to get them to do anything extra. I only need a copy of what I've filed, if you order it to be amended. Thank you very much.    Very appreciatively, Christopher Mansoori

Christopher Mansoori
20191007149
Division 9-2N
P.O. Box 089002
Chicago IL 60608

1:22-cv-01641
Wood / Gilbert
PC 2
DIRECT

1:22-cv-01640
Wood / Gilbert
PC 2
DIRECT

1:22-cv-01638
Wood / Gilbert
PC 2
DIRECT

1:22-cv-01642
Wood / Gilbert
PC 2
DIRECT

03/29/2022-2

1 of 3

U.S. POSTAGE PAID
PM
ELMWOOD PARK, IL
60707
MAR 25, 22
AMOUNT
$0.58
R2304E105788-4

Prisoner Correspondent
United States District Court
219 S. Dearborn Street, 20th Floor
Chicago IL 60604

EXPECTED DELIVERY DAY: 03/26/22
USPS TRACKING®#

9505 5107 5562 2084 5659 63

UNITED STATES
POSTAL SERVICE.
For Domestic and International Use

PRIORITY
★ MAIL ★

TRACKED
INSURED
★ ★ ★ ★

Label 107TL May 2014




































