**IN THE UNITED STATES DISTRICT COURT**
**OF THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Christopher Mansoori, | ) | |
| | ) | |
| Plaintiff, | ) | 23 C 1638 |
| | ) | |
| vs. | ) | Judge Andrea R. Wood |
| | ) | |
| Sheriff Dart   et. al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SHERIFF THOMAS DART'S**
**MOTION FOR ENTRY OF ORDER IN LIEU OF ANSWER**

NOW COMES the Defendant, SHERIFF THOMAS DART, ("Sheriff Dart") by his attorney KIMBERLY M. FOX, State's Attorney of Cook County, through her assistant, JORIE R. JOHNSON, pursuant to Federal Rule of Civil Procedure 8, and respectfully moves this Court to enter an order in lieu of answer to the Plaintiff's complaint. In support of this motion, Sheriff Dart states the following:

1. Plaintiff Christopher Mansoori ("Plaintiff") filed his original complaint on March 29, 2022, against "Sheriff Tom Dart", "Counselor Martinez", and "Nurse Jane Doe", regarding allegations of objectively unreasonable medical care and failure to implement safety measures during the Covid-19 pandemic while in Cook County Jail. (Dkt. 1)

2. On July 25, 2022, pursuant to 28 U.S.C. § 1915A, the Court allowed Plaintiff to proceed with his claim of objectively unreasonable medical care and ordered him to serve summons to Sheriff Tom Dart as a Nominal Defendant to identify "Nurse Jane Doe". (Dkt. 6)

5. A waiver of service was executed upon the Sheriff on September 13, 2022, and the undersigned attorney filed an appearance on September 19, 2022. (Dkts. 8-9)

6.	Waiver of Service by Sheriff Dart automatically triggered an October 5, 2022 due date for Sheriff's Dart to answer even though the Court's prior Order makes clear that Sheriff Dart remains in this action solely for the purpose of identifying the unnamed Nurse the Plaintiff mentions in his Complaint.

7.	In light of this Court's written orders, Defendant Dart respectfully requests that this Court enter the proposed Order in Lieu of Answer that has been attached to this motion as Exhibit A and emailed to *Proposed_Order_Wood@ilnd.uscourts.gov* per this Court's standing orders. This proposed order states, in sum, as follows: (1) this Court having found no basis for liability on the part of Sheriff Dart articulated in Plaintiff's Amended Complaint, Sheriff Dart remains in this case as a necessary party solely for purposes of responding to any discovery requests for information regarding the identity of the unnamed Defendant Jane Doe Nurse; (2) Sheriff Dart is not obligated to file an answer to Plaintiff's Complaint, and (3) in accordance with this Court's written orders, once Plaintiff files a proposed amended complaint and summonses have been issued for service on the defendant in interest, Sheriff Dart will be dismissed.

WHEREFORE, Sheriff Thomas Dart respectfully requests that this Honorable Court enter the proposed Order in Lieu of Sheriff Dart's Answer to Plaintiff's Complaint, and for such other and further relief as the Court deems necessary and appropriate.

    Respectfully submitted,

    KIMBERLY M. FOX
    State's Attorney of Cook County

By:	*/s/ Jorie R. Johnson*
    Jorie R. Johnson
    Assistant State's Attorney
    Civil Actions Bureau
    500 Richard J. Daley Center
    Chicago, IL 60602
    Jorie.Johnson@cookcountyil.gov

## **CERTIFICATE OF SERVICE**

I, Jorie R. Johnson hereby certify that on September 26, 2022 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system. I certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing was served upon non ECF users via U.S postal mail.

**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

                                                                            /s/*Jorie R. Johnson*
                                                                             Jorie R. Johnson