**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER JAMES MANSOORI (#2019-1007189), | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | No. 22-cv-01638 |
| v. | ) ) | |
| | ) | Judge Andrea R. Wood |
| SHERIFF DART, et al., | ) ) | |
| Defendants. | ) | |

**ORDER**

    Defendant Dart's motion in lieu of answer [10] is granted. The Court iterates that Defendant Dart remains in this case as a necessary party solely for purposes of responding to any discovery requests for information regarding the identity of the unknown Cook County Jail nurse. Defendant Dart is not obligated to file an answer to Plaintiff's complaint. Plaintiff shall issue interrogatories to Dart's counsel (Jorie R Johnson, Cook County State's Attorney's Office, 50 W. Washington Street, Chicago, IL 60602) to learn the identity of the proper Defendants by 11/28/2022. Defendant Dart shall respond to the interrogatories within three weeks after receipt. Plaintiff shall submit an amended complaint naming the proper Defendant or status report as to the timing of submitting an amended complaint by 1/9/2023. Lastly, once Plaintiff files an amended complaint and the proper Defendant is served, Defendant Dart will be dismissed from this action.

Date: October 28, 2022

                                                                                 Andrea R. Wood
                                                                                 United States District Judge