UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Christopher James Mansoori
         Plaintiff,

v.                Case No.: 1:22−cv−01638
                Honorable Andrea R. Wood

Tom Dart, et al.
         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 18, 2022:

  MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court's prior order is modified as follows: Telephone status hearing held on 11/18/22. The settlement conference set for 12/5/22 at 9:30 a.m. will proceed as scheduled but within the context discussed during today's status hearing as a combined status hearing and settlement discussion in an effort to determine whether a global settlement is a realistic possibility in this case. If, prior to the next hearing/conference, Plaintiff is in a position to respond to Defendants' settlement offer in writing, he shall do so, with a copy delivered to the Court via the Court's settlement correspondence email at Settlement_Correspondence_Gilbert@ilnd.uscour ts.gov. If Defendants can respond to that letter before the next hearing/conference, they also will do so and deliver a copy of that response to the Court's referenced email folder. Regardless of whether they respond in writing, Defendants' settlement representatives will be prepared to discuss on 12/5/22 what they are prepared to do by way of settlement in this case as discussed during today's hearing. The Court will arrange for Mr. Mansoori to appear by video for the status hearing/settlement conference on 12/5/22. Counsel shall send an email to the Court's courtroom deputy with the names and email addresses for all individuals who will attend the settlement conference and status hearing for each party. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.