MBH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christopher James Mansoori<br><br>Plaintiff<br><br>v. C.O Smith, et al.<br>John Doe, et al.<br>Jane Doe Nurse et al.<br><br>Defendants | Case No.'s: 21-CV-06242<br>22-CV-01642<br>22-CV-01638<br><br>Judge Andrea R. Wood<br><br>FILED<br>DEC 02 2022 SMB<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

## MOTION TO COMPEL TOM DART AND DEFENSE COUNSEL TO ANSWER PLAINTIFF'S INTERROGATORIES

The Plaintiff, Christopher Mansoori, pro se, moves to have this Honorable Court, order Tom Dart and Defense counsel, to answer interrogatories sent to them by Plaintiff, for each individual above titled cases.

1. The Plaintiff sent via U.S.P.S. interrogatories for case #21-CV-06242 to Defense on or about September 6, 2022. Defense never replied and because they have not answered the questions about Smith and the unknown Defendant, the plaintiff can not amend a complaint or serve the Defendants.

2. On or about September 6, 2022 the Plaintiff sent questions to

1 of 4

Jorie Johnson about the full name of Defendants in case #22-CV-01642 so that they may be identified and served. Specifically at the time, the Plaintiff asked about Nurse Lorraine's full name since U.S. Marshals could not execute service. Defense has never responded to these questions.

3. On November 22, 2022 the Plaintiff sent Tom Dart a new set of interrogatories for case # 22-CV-01638, complying with this court's order.

4. On November 22, 2022 the Plaintiff filed a Motion to ADD Tom Dart as a nominal Defendant in case #22-CV-01642 for purposes of identifying three Defendants, where Defense has refused to comply or respond to Plaintiff's requests for information on Defendants.

5. On November 22, 2022 the Plaintiff sent Defense and Tom Dart a new set of interrogatories for case #22-CV-01642.

6. Tom Dart has repeatedly demonstrated with his Defense Counsel that they will not respond to interrogatories, that they intend to hinder Plaintiff's attempts to gather information on unknown Defendants, so that they can not be identified and served.

7. On November 18, 2022 Defense Counsel, Jorie Johnson stated, "not all of the Defendants have been served" when she made an extremely low offer in settlement. Blocking or not answering Plaintiff's interrogatories for Defense's gain in legal position is unfair.

2 of 4

Wherefore, the Plaintiff prays this court orders Tom Dart and Defense counsel to answer all of Plaintiff's interrogatory questions and furnish those answers to him, complying with this court's orders for each above titled case. The Plaintiff also prays that this court considers sanctions against Defense if they continue to not follow the court's orders, delaying the Plaintiff's attempts to identify and serve unknown Defendants.

Respectfully submitted,
Christopher Mansoori

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Christopher Mansoori 11-22-22

## Certificate of Service

I, Christopher Mansoori, swear under penalty of perjury, that I filed one Motion to Compel Tom Dart AND Defense Counsel to answer Plaintiff's interrogatories with the Clerk of the United States District Court by depositing it in the U.S.P.S in an envelope sealed with proper postage, addressed to: Prisoner Correspondence, Clerk of the United States District Court, 20th floor, 219 S. Dearborn Street, Chicago IL 60604. I also sent a copy of the document to Defense Counsel via U.S.P.S in the same instance depositing it in the mail with Cook County Jail staff on 11-23-22 addressed to: Jorie Johnson, State's Attorney office, 50 W. Washington, 5th floor, Chicago IL 60602. Both documents mailed out from Cook County Jail on 11-23-22.

Christopher Mansoori
Christopher Mansoori 11-23-22

Christopher Mansoori
20191007189
2700 S. California
Chicago IL 60608

Prisoner Correspondence
Clerk of the United States District Court, 20th Floor
219 S. Dearborn Street
Chicago IL 60604

12/02/2022-19



