## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Christopher James Mansoori
                               Plaintiff,

v.                                                     Case No.: 1:22−cv−01638
                                                               Honorable Andrea R. Wood

Tom Dart, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 6, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: A telephone status hearing is set for 1/12/23 at 10:00 am for the purpose of addressing a discovery and case management schedule in this case and in coordination with other cases Mr. Mansoori has filed in the Northern District of Illinois arising out of his confinement at the Cook County Jail. The toll−free call−in number and access code for the telephone conference is as follows: Dial: 877−336−1829 Access Code: 1022195. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.