IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Christopher James Mansoori

Plaintiff

v.

Sheriff Dart, et al.

Defendants

FILED
JAN 11 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

No. 22-CV-01638

Judge Andrea R. Wood

## STATUS REPORT

1. On 10/28/22 this Court entered an order for Plaintiff to send Defense Counsel interrogatories pertaining to the above titled case by 11/28/22. Defendant was ordered to answer within 3 weeks of reciept, and Plaintiff was ordered to submit an amended complaint with the naming of the unknown Nurse or a status report as to the timing of filing the Amended Complaint by 1/9/23.

2. On 11/22/22 the Plaintiff mailed Defense interrogatories related to the above titled case, (among other documents).

3. On 11/30/22 Defense acknowledged recieving the interrogatories on 11/28/22 for the above related case and case #22-CV-1642, in writing.

1 of 4

4. Today is 1/4/23 and Defense has not complied with this court's order from 10/28/22. Defense has not answered or responded to one question for the above titled case, even though they acknowledged recieving the interrogatories on 11/28/22.

5. On 12/16/22 Defense sent Plaintiff two seperate mailings, both related to 22-CV-1642. One document is titled "Defendants' Answers to Plaintiffs Interrogatories, Dated 8/29/22" and the other is titled "Defendant's Answers to Plaintiff's interrogatories, Dated 11/22/22." This is not the case the Court ordered to give answer to within 3 weeks. Defense has failed to comply with this Court's order.

6. Additionally, Defense, within the answers they did provide for case # 22-CV-1642, did not answer a few specific questions that provided specific detail when asked. They skirted the questions citing Federal Rules of civil Procedure 33(d)(1) allowing Defense to provide Business Records for Plaintiff to Reference as an answer. Defense provides dates and names of medical staff who documented whether Plaintiff recieved or refused medication he was prescribed. This information does not answer the specific questions Plaintiff sent to Defense within that case's interrogatories. The Plaintiff seeks a very specific order for Defense to answer the detailed questions directly. The record of medication does not answer the question of what female medical staff came to my cell on 2/2/22, she wasn't there to give medication.

7. The Plaintiff filed a motion to compel Defense to answer interrogatories for case #'s 22-CV-01638, 22-CV-1642, and 21-CV-06242 approximately 11/22/22. Plaintiff is still waiting for this Honorable Court to review and rule on it.

8. The Plaintiff's position is not only is Defense in violation of not complying with this court's order in the above entitled case, and thus the Plaintiff can not prepare an amended complaint related to covid and the nurse by 1/9/23, but Defense is in violation of Federal Rules of Civil Procedure Rule 33(b)(2). Jorie Johnson titled one answer "Defendants Answers to Plaintiff's Interrogatories DATED August 29, 2022." She responded December 16, 2022, nearly 110 days after recieving the interrogatory.

9. Furthermore, the Plaintiff mailed another interrogatory document within the same envelope Defense recieved with the interrogatory they reference for August 29, 2022, they have never answered or acknowledged the interrogatories sent to them for case # 21-CV-06242. Again Defense is in violation of Fed. R. Civ. P. Rule 33(b)(2) as over four months have passed without an answer or acknowledgement of recieving the interrogatories. The Plaintiff seeks the court's authority related to all three cases and the interrogatories that have been ignored, or answers having been avoided. Specifically, in the above titled case, Defense ignored this court's order and Plaintiff can not proceed, to name unknown defendants. A pattern of conduct here arguably indicates deliberate efforts to obstruct the Plaintiff's attempts to proceed, in violation of the Rules and the Court's order.

10. The Plaintiff seeks an order also for three Amended Complaint forms to be mailed to him for each of the three cases referenced herein, by the Clerk of the Court.

In Conclusion, Plaintiff brings this Honorable Court's attention to all of these matters stated within this Status Report. The Plaintiff seeks this Court's authority to order Defense to comply or place sanctions upon them. Whatever Your Honor deems appropriate.

Respectfully submitted,
Christopher Mansoori

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Christopher Mansoori* 1-4-23
Christopher Mansoori

## Certificate of Service

I, Christopher Mansoori, declare under penalty of perjury, that I mailed and filed one Status Report with the Clerk of the United States District Court by enclosing the document in an envelope sealed, with proper postage, addressed to: Prisoner Correspondence, United States District Court, 219 S. Dearborn St, Chicago IL 60604, and handing it to Jail Staff for outgoing mail in the U.S.P.S on 1/4/23.

*Christopher Mansoori* 1-4-23
Christopher Mansoori

Christopher [illegible]
20191
2700 S. California
Chicago IL 60608



Prisoner Correspondence
United States District Court
219 S. Dearborn St
Chicago IL 60604

RECEIVED
2023 JAN 11 AM 8:34



