Case: 1:22-cv-01638 Document #: 29 Filed: 04/05/23 Page 1 of 13 PageID #:136

FILED 4/5/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 28 2023 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Christopher James Mansoori

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Tom Dart
Alesia Hines (Nurse)

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 1:22-CV-01638
(To be supplied by the Clerk of this Court)

Judge Andrea R. Wood

CHECK ONE ONLY:   **AMENDED COMPLAINT**

__X__  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Christopher Mansoori

    B. List all aliases: N/A

    C. Prisoner identification number: 20191007189

    D. Place of present confinement: Cook County Jail

    E. Address: 2700 S. California Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Tom Dart

        Title: Top Sheriff

        Place of Employment: Cook County

    B. Defendant: Alesia Hines

        Title: Nurse

        Place of Employment: Cook County Jail

    C. Defendant:

        Title:

        Place of Employment:

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: Patel 17-CV-08846

   B. Approximate date of filing lawsuit: December 2017

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Christopher Mansoori

   D. List all defendants: Superintendent Brown and Commander Garcia

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court, Northern District of Illinois, Eastern Division

   F. Name of judge to whom case was assigned: Andrea R. Wood

   G. Basic claim made: living conditions as prisoner

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

   I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## All Lawsuits Continued

All lawsuits against Cook County and staff in Judge Andrea Wood's courtroom:

| Case Number | Claim |
|---|---|
| 22-cv-05881 | Recreation |
| 21-cv-06242 | Staff assault |
| 21-cv-06379 | Denial of law library/access/retaliation |
| 21-cv-6173 | Cold cells |
| 22-cv-01632 | Broken hand no medical |
| 22-cv-01642 | 2nd hand smoke inhalation |
| 22-cv-01641 | Laundry |
| 22-cv-01638 | Covid exposure/no medical |
| 22-cv-01635 | intimidation/mail tampering |
| 22-cv-01640 | denial of access to court |
| 22-cv-01634 | Mice/roach infestation |
| 22-cv-2469 | threw out contacts |
| 22-cv-2470 | Denial of Dental |
| 22-cv-2471 | Broken finger/malnutrition |
| 22-cv-03484 | Failure to protect/no medical |
| 22-cv-03485 | Denial of access to law library |

Court of Claims Complaints

| Case Number | Claim | Commissioner | Claims made |
|---|---|---|---|
| 2022-CC-0219 | Suing IDCFS | Christopher Koczwara | Everything related to my child, as it affects me |
| 2022-CC-0128 | Suing IDCFS | Christopher Koczwara | everything related to my child, as it affects him. |

Lawsuits against City of Chicago and their Police in the United States District Court, Northern District of Illinois Eastern Division

| Case Number | Claim | Judge |
|---|---|---|
| 21-cv-04097 | false imprisonment, unlawful search, false arrest, | Mary Rowland |
| 20-cv-01130 | conspiracy to deprive liberty, false arrest, false imprisonment, malicious prosecution, perjury | Gary Feinerman |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

As of March 21, 2020 three inmates were moved into Division 6 tier 1K who displayed signs of illness. They were tested and put back on our tier. One inmate bonded out, he was in the cell to my right. Another inmate, in the cell to my left, was removed after he tested positive. The third inmate remained on the tier for another week, of Cook County Jail.

All of the jail staff, including classification, was aware that covid19 was running rampant through the jail, as early as February 2020. While I was on tier 3C of Division 10 in February, a handful of inmates were removed from the tier and put in isolation after taking tests that came back positive. The Chief Judge ordered by March 17, 2020 that all in person court proceedings were suspended until further notice due to covid. Tom Dart was well aware of the dangers covid posed, and the state of the jail population, where the disease was prevelant. It was publicly broadcasted on the news, the virus was easily contracted, and it was airborne. The news publicized "Cook County Jail is a hotspot for covid19." Tom Dart did not respond reasonably to the

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

presence of covid19 in his jail. Classification moved inmates around the jail recklessly, exposing non-infected inmates to infected inmates. A similiarly situated Plaintiff Randy Brown, in case number 21-cv-1015 and/or case number 2021-cv-05400 named Jessie Mannie Estrada a.k.a. Israel Rocha Junior as a Defendant. The Defendant is the head of classification in Cook County Jail, Tom Dart's subordinate. Randy Brown made claims in this United States District Court against classification for making approximately 17,000 inmate movements for housing, during covid, responding recklessly to the known risks of covid, causing cross-contamination and infecting inmates. The Court accepted Randy Brown's claims against the head of classification upon reconsideration. This decision was published across the country in numerous law bulletins. Similiarly, I raise the same claim against Tom Dart, in that he supervised classification and he knew they were ordering infected inmates to be moved onto tier 1K of Division 6 and other places within the jail. These acts caused my exposure to covid19 on the tier. Tom Dart allowed his subordinates to recklessly move inmates throughout the jail even though he knew covid19 was highly contagious and a serious health risk to every inmate confined in Cook County Jail. This conduct was objectively unreasonable, and a violation

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

of duty. As Top Sheriff, Dart is responsible for making sure he and his subordinates respond reasonably to the risks of covid within the Jail. I assert and make claims that classification and Tom Dart were objectively unreasonable when they moved three infected inmates onto tier 1K, even though the entire court system had took reasonable precautions and suspended in-person court by March 17, 2020, but made that announcement at least a week before halting movement. The jail and classification acted recklessly to that risk, under Tom Dart's supervision, and caused the entire tier of 1K to be exposed to covid, when they moved infected inmates onto the tier during the time period it was known to be a high risk of spreading covid. I caught covid.

On March 26th and 27th 2020, my cellmate Marcus Mitchell complained of a headache. I believe we were placed on quarantine March 27, 2020 because on the same day Mitchell had a fever over 100°F. The nurse came on the deck checking temperatures for the first time. He was never tested for covid though, no one else on the deck was tested after the initial removed inmate. On March 28, 2020 we were placed in single man cells on the tier.

Since I was housed with Marcus Mitchell, I believe I got sick sharing the air with him. There were additional inmates, who classification moved onto our tier, who did not quarantine upon the arrival to the county jail. This was also objectively unreasonable.

Once our tier was quarantined, we were all subjected to exposure of the virus, by one another, originating with the initial inmates classification moved, that were infected, onto the tier. Once quarantined, counselors did not appear, grievance forms had been missing since 3/19/20 (through 4/9/20), and medical forms had been absent since 3/21/20. Through out the duration of our quarantine all forms were not available, and nearly all inmates on deck claimed to be experiencing some form of symptom the t.v. was saying demonstrated the corona virus. The symptoms stated on t.v. were: loss of taste (my indicator), diahrea (another indicator), loss of smell, shortness of breath, cough, heart palpitations,

6

body aches, chills, and fever. It hit me the hardest, if not, one of the hardest. Some people fainted and hit their head, others were just weak and feeling ill. No one else was deemed ill by medical staff even though some of us had fevers. I had a temperature of 99.7 and 99.4 on the first few days of temperature check. March 28, 2020 I woke up ill, the following days I woke up feeling close to death.

My fever peaked April 2nd and April 3rd of 2020, I soaked my linens with sweat. I did not leave my bed for temperature and/or vital check, it was the only days I did not get up to get checked. I was so ill, in a deep sleep, coma like, and I was not asked or woken to do vital checks, those two days.

The next opportunity I had to see the nurse was on April 4, 2020 and I sought her attention then. It was Nurse Alesia Hines. She was cruel to me while I was ill (the same way she was cruel to me and mistreated me when I was ill preceding New Years eve 2019). She spoke to me very harshly and refused to acknowledge my weakened physical state. She refused to test me for Corona virus, when I previously tested at 99.7°F she said, "Oh you'll be fine." On April 4, 2020 I was hoping to be treated by Alesia Hines since I was so sick the preceding days, missed the vital checks, and woke up soaked in sweat. When she arrived I communicated desperately and pleaded, "I'm weak, I can't breathe, I've had diahrea everyday, I haven't eaten in a week, my heart... I need help, I'm ill." She snapped at me and said, "Get away from me, you're trying to get me sick and you have a terrible attitude, I'm not doing anything for you." She is a ~~[redacted]~~ C.M. woman who was cruel, but I was too ill to let the way she treated me be a factor in my death. I just went back to my cell to sleep, hoping not to die. After a week of illness, there was no hope in being treated medically by the nurses. They conducted vital checks everyday, but it seemed to be for show, the nurses including Alesia Hines did not care about my medical state or anyone else's. My life did not matter to Tom Dart, Classification (Jessie Mannie Estrada a.k.a. Israel Rocha Junior), when they exposed and confined me to the virus, or Alesia Hines after I contracted the virus. I continued to sleep 21 hours out of 24 hours from

7

3/29/20 through 4/12/20. I willed my way to survive in a hard, dark spot. It wasn't your regular sore throat.

On 4/9/20 luitenant Holmes walked onto our tier. I verbally lashed out at him, from inside of my cell, for the conditions and disregard of my life. I demanded grievances to document my account of events. He apologized to me and said he was not to blame. He wished me well. He provided the grievances and I wrote, it was nearly three weeks since I was able to document anything. If you read my grievance from that day, I was so weak, the carbon copy is so faint, but I screamed for help on paper and condemned my treatment, or lack of. I healed by 4/12/20 and began to eat again. I cried to have survived in my cell alone. I had swore to myself not to die in jail those first days of sickness. I wanted to overcome the virus that Tom Dart and classification recklessly imposed upon me when they moved sick inmates on each side of my cell. I wanted to overcome the maliscious state in the criminal charges I face, and most importantly live to care for my child.

I was born with a heart condition. One of the valves in the chamber of my heart is missing a third piece. The condition is called a bicuspid valve, the blood backflows on every pump. Due to this condition, oxygen doesn't get distributed as efficiently as it should, through my body. This pre-existing condition caused covid to really threaten my life at the onset of the virus. There were a full three days I was near death, alone in my jail cell. I refused to die. I pleaded for help, but it fell on deaf ears. During the time of my illness, the staff never tested me for the virus. Alesia Hines never treated me medically while I pleaded for help, she and the other staff disregarded my well being while I focused to pull through in my cell. Alesia Hines fraudulently created medical records stating I "refused vitals to be taken," and other days took no record at all, even though she checked my vitals. On April 4, 2020 she refused me medical attention and documented I refused vital check and was belligerent. She was maliscious and aimed to conceal it with fraud.

8

I suffered and there is not a single record I was sick with covid other than the records I documented myself. I had two weeks of state food trays piled up and $200 in commissary I didn't touch for weeks. Anyone who knows me, knows I love to eat. C.O. Peña witnessed my illness, I only got up to use the bathroom and drink water. April 1, 2020 I called Jonathan Bedi, an attorney, and told him I had covid, he could tell I was ill, over the phone.

Furthermore, Corona virus is said to leave everlasting damage to the body and organs. Experts say damage to the lungs, with a decreased functioning in absorbtion of oxygen, kidney damage, reproductive damage, immune system damage, as well as diminished memory is all possible long term effects. Since the virus, I am unable to perform the same excercises as I used to, with the high level of endurance I used to possess. I fatigue faster and perform 25% less repititions before I reach exhaustion, compared to pre-covid. My body has changed, and my short term memory is not as sharp as it was. I believe the virus has changed how I perform for the worst. If one takes into perspective my pre-existing heart condition, with the long term effects of the virus, Tom Dart arguably caused my life expectancy to be shortened by a significant amount, when he knowingly consented to his subordinates in classification, to move infected inmates onto tier 1K, even though he knew covid was in the jail and was easily transmitted through the air and cross contamination. I was not at liberty to control my exposure, instead Tom Dart and classification responded unreasonably to the risks of covid, when they knowingly moved potentially ill inmates all around the jail, in a time period known by all to maintain safety through restricted movement, and they imposed the virus upon me. This conduct was objectively unreasonable and reckless in the standard of care required by Tom Dart and his subordinates to take preventive measures in combating the spread of the virus. Their conduct caused covid to be imposed upon me, and Alexia Hines did not care if I lived or died once I was ill and sought her attention. I seek redress in this Court for all of these reasons. Respectfully submitted, Christopher Mansoori

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.      **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I seek $8,000,000 in damages and an additional $2,000,000 in punitive Damages totaling $16,000,000. I seek relief in the defendant's official and individual capacity.

VI.     The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  16th  day of  February , 20 23

_Christopher Mansoori_
_Christopher Mansoori_
(Signature of plaintiff or plaintiffs)

Christopher Mansoori
(Print name)

20191007189
(I.D. Number)

2700 S. California

Chicago IL 60608

(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Certificate of Service

I, Christopher Mansoori, swear under penalty of perjury, that I filed an Amended complaint with the Clerk of the United States District Court for case number 1:22-CV-01638, on 2/17/23, by handing the document to jail staff for outgoing mail, with a proper envelope and postage, addressed to: Prisoner Correspondence, United States District Court, 219 S. Dearborn Street, 20th floor, Chicago IL 60604.

Christopher Mansoori 2-17-23
Christopher Mansoori

Christopher Mansoori
20191007169
2700 S. California
Chicago, IL 60608

Prisoner Correspondent
United States District Court
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604

02/28/2023-4




