**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER MANSOORI, | ) | |
| | ) | |
| Plaintiff, | ) | 22 CV 1638 |
| | ) | |
| v. | ) | Judge Lindsay C. Jenkins |
| | ) | |
| TOM DART, et al, | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Defendant Sheriff Thomas J Dart by his attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney's, Jorie Johnson and Joel Zeid, and Plaintiff Christopher Mansoori, file this Joint Status Report pursuant to the entered All Case Discovery Management Order (Dkt. 27) as follows:

**I.     Status of Discovery**

The Parties have not yet exchanged or set a discovery schedule in this matter. Defendant was recently added as a Party to this case and has not yet answered or otherwise plead regarding the recently approved and filed Amended Complaint by Plaintiff. The Parties will work to set a discovery schedule once all parties have been served and filed their responsive pleadings in this matter.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By:     */s/ Jorie R. Johnson*
Jorie R. Johnson
Joel Zeid
Assistant State's Attorneys
Civil Rights/Torts Litigation

500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-7930

## CERTIFICATE OF SERVICE

I, Jorie R. Johnson hereby certify that on May 13, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system. I certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document was served upon Plaintiff via Certified U.S. Mail on May 15, 2023 at the below address:

Christopher Mansoori
20191007189
Cook County Jail
2700 S. California
Chicago, IL 60602

*/s/ Jorie Johnson*
Jorie Johnson