THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MANSOORI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 22 CV 1638 |
| | ) | |
| SHERIFF DART, et al. | ) | Judge Lindsay C. Jenkins |
| | ) | |
| Defendants. | ) | Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANT SHERIFF TOM DART'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Sheriff Tom Dart, ("Defendant") by his attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney's, Jorie R. Johnson and Joel Zeid, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and moves this Court to extend the time period with which to answer or otherwise plead:

1. On March 1, 2023, this Court received Plaintiff Christopher Mansoori's ("Plaintiff") *pro se* Amended Complaint. (Dkt. 26.)

2. On April 5, 2023, the Court issued a minute order after completion of its 1915A review of Plaintiff's Amended Complaint and allowed for Plaintiff to proceed with filing and service on Defendant Nurse Alesia Hines for his Amended Complaint. (Dkt. 28.)

3. On the same date, this Court also directed Defendant Sheriff Dart to file an answer by April 26, 2023. (Id.)

4. Undersigned counsel is filing this Motion for Extension of Time on behalf of Defendant Sheriff Tom Dart to allow for additional time to complete an investigation of this matter and to determine any possible conflicts of interest.

5. Undersigned counsel mistakenly mis-docketed the pleading deadline set by this Court. As well, undersigned counsel is currently involved in completing discovery and pleading deadlines in several other pending cases involving the Plaintiff, and completing multiple dispositive motion deadlines due in other litigation matters.

6. This request for an extension of time is made in good faith, for judicial economy, and not to delay or prejudice Plaintiff. Rather, it is to allow for counsel to properly prepare an answer or otherwise plead to Plaintiff's allegations in their entirety.

7. This is the first extension of time to answer or otherwise plead requested by Defendant.

WHEREFORE, Defendant Sheriff Tom Dart respectfully requests this Court grant the following relief:

1. That this Court grant an extension of time of 30 days from the filing of this motion, up to and including June 30, 2023, for Defendant to answer or otherwise plead;

2. And to grant any other relief this Honorable Court deems necessary and just.

Respectfully Submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By: */s/ Jorie R. Johnson*
Jorie R. Johnson
Joel M. Zeid
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7380

**CERTIFICATE OF SERVICE**

I, Jorie R. Johnson hereby certify that I have caused true and correct copies of the above motion and foregoing to be served on all Parties pursuant to ECF, in accordance with the rules of electronic filing of documents on this 31st day of May 2023. I further certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing was served upon non ECF users via postal mail at the below address:

Christopher James Mansoori
Cook County Jail
2019-1007189
2700 South California Avenue
Chicago, IL 60608

/s/ *Jorie R. Johnson*
Jorie R. Johnson