IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christopher James Mansoori, <br><br> Plaintiff <br><br> v. <br><br> Counselor Martinez, et al., <br><br> Defendants | Case No. 22-CV-1638 <br> Judge Lindsay C. Jenkins <br> Magistrate Jeffrey T. Gilbert <br><br> **FILED** <br> JUN 08 2023 <br> THOMAS G. BRUTON <br> CLERK, U.S. DISTRICT COURT |

## MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANT TOM DART

The Plaintiff, Christopher Mansoori, pro se, respectfully requests this Honorable Court to enter a judgement, due to default, against Tom Dart. In support of this motion, the Plaintiff states the following:

1. On April 5, 2023 this Court entered an order, ruling on Plaintiff's Amended Complaint.

2. Within that order, the Court instructed: "Defendant Dart must provide an answer to Plaintiff's Amended complaint by April 26, 2023."

3. As of today, May 30, 2023, the Plaintiff has not recieved an Answer from Defendant Dart.

1 of 3

4. Defendant Dart is non-compliant with this Court's order, and has well exceeded the time alotted to answer to Plaintiff's Amended Complaint, by 34 days.

5. Defendant Dart's failure to comply with this Court's order is grounds for a Default Judgement to be entered against him, in his official capacity.

Wherefore the Plaintiff prays this Honorable Court grants Plaintiff's Motion For Default Judgement Against Defendant Dart, for the reasons stated herein, entering a judgement that your Honor deems appropriate and Just, considering all costs and damages.

Respectfully Submitted,
Christopher Mansoori

Certification

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Christopher Mansoori 5-30-23
Christopher Mansoori
20141007189
2700 S. California
Chicago IL 60608

Case: 1:22-cv-01638 Document #: 39 Filed: 06/08/23 Page 3 of 4 PageID #:181

## Certificate of Service

I, Christopher Mansoori, swear under penalty of perjury, that I filed a Motion For Default Judgement Against Defendant Tom Dart, with the Clerk of the United States District Court, by handing the document to jail staff, on 5/30/23, with proper postage and envelope, addressed to: Prisoner Correspondent, 219 S. Dearborn Street, 20th Floor, Chicago, IL 60604. I simultaneously sent Defense Counsel a copy of the Motion via the U.S.P.S, addressed to: Jorie Johnson, Cook County State's Attorney's Office, 50 W. Washington, 5th floor, Chicago, IL 60604.

Christopher Mansoori



Chicago IL 60608

06/08/2023-12

Prisoner Correspondent
219 S. Dearborn Street, 20th Floor
Chicago IL 60604



NEOPOST 05/30/2023
US POSTAGE $000.00⁰
ZIP 60608
041M11297257


