# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher James Mansoori

                            Plaintiff,

v.                                                      Case No.: 1:22−cv−01638
                                                       Honorable Lindsay C. Jenkins

Tom Dart, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 21, 2023:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties shall file an updated "All Cases Joint Status Report" on or before 8/11/23. The Court found the parties' last joint status report very helpful and the parties should follow the same format in their next report, updating the status of each case from the last status report including without limitation the status of written and any oral discovery, and with any other information the parties believe would be helpful to the Court. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.