IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI, ) | |
| ) | Case No. 22-cv-1638 |
| Plaintiff, ) | |
| ) | Judge Lindsay C. Jenkins |
| v. ) | |
| ) | Magistrate Judge Jeffrey T. Gilbert |
| SHERIFF DART, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **September 15, 2023,** Assistant Cook County State's Attorneys Jorie Johnson and Joel M. Zeid withdrew their appearances for Defendant Cook County Sheriff's Officer Alesia Hines, and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Jason E. DeVore substituted his appearance for said Defendant.

Respectfully Submitted,

DeVore Radunsky LLC

By: /s/ Jason E. DeVore_____
Jason E. DeVore
ARDC# 6242782
Special Assistant State's Attorney
230 W. Monroe, Ste 230
Chicago, IL 60606
312-300-4479
Email: jdevore@devoreradunksy.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the above **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was filed on **September 15, 2023**, with the Northern District of Illinois ECF System, serving a copy on all parties.

/s/ Jason E. DeVore_____