UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MANSOORI | ) | Case No. 22-cv-1638 |
| | ) | |
| Plaintiff, | ) | Judge Lindsay C. Jenkins |
| | ) | |
| v. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| ALESIA HINES, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S AGREED MOTION FOR EXTENSION
OF TIME FILE RESPONSE AND REPLY**

NOW COMES Defendant ALESIA HINES, by and through her attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendant's Agreed Motion for Extension of Time to File Response and Reply to Defendant's Motion to Dismiss, states as follows:

1. Defendant's Counsel met with Plaintiff via Zoom on October 13, 2023, whereupon Plaintiff agreed to the terms of this Motion for Extension of Time.

2. On October 6, 2023, Defendant filed her Motion to Dismiss Plaintiff's First Amended Complaint with the Court. (ECF No. 59.)

3. Thereafter, on October 10, 2023, this Court issued an order laying out a briefing schedule as follows: Plaintiff's Response in Opposition to Defendant's Motion due on or before November 10, 2023; and Defendant's Reply in Support due on or before November 27, 2023. (ECF No. 60.)

4. Defendant now requests an 18 (eighteen) day extension, until December 15, 2023, to file her Reply in Support of her Motion to Dismiss.

5. Pursuant to agreement of the parties, Defendant also requests a 17 (seventeen) day extension for Plaintiff to file their Response in Opposition to Defendant's Motion, until November 27, 2023.

6. The current deadline for Defendant's brief falls during a period in which one of the Counsels for Defendant will be out of town on his Honeymoon.

7. Under Rule 6(b), this Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

8. Not granting an extension of time would prejudice Defendant because the current November 27, 2023, deadline for submission will not allow sufficient time to properly prepare and submit Defendant's brief in light of the circumstances described.

9. Granting an extension of time will not prejudice any party and this motion is not brought for undue delay or any improper purpose.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. Defendant's Agreed Motion for Extension of Time is granted;
2. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss shall be filed by November 27, 2023; and
3. Defendant's Reply in Support of Motion to Dismiss shall be filed by December 15, 2023.

Respectfully Submitted,

**Defendants**

By: */s/ Jason E. DeVore*
Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that Defendant's Motion for Extension of Time for Response and Reply was filed on October 13, 2023, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                                                */s/Zachary Stillman*
                                                                 Zachary Stillman