## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher James Mansoori

                        Plaintiff,

v.                                               Case No.: 1:22−cv−01638

                                                          Honorable Lindsay C. Jenkins

Tom Dart, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 16, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The parties are reminded that the Court's standing order requires that the parties confer prior to the filing of all motions and include an agreed briefing schedule with the motion if at all possible. No briefing schedule was included with the motion filed by Defendant Hines. Hines' agreed motion to amend the briefing schedule set by the court [61] is granted. Plaintiff's brief in opposition to the motion to dismiss is due by November 27, 2023 and Hines's reply is due by December 15, 2023. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.