OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

22CV1638
#62

Christopher James Mansoori
2019-1007189
Cook County Jail
2700 South California Avenue
Chicago IL 60608
US

RETURNED TO SENDER
60608

SUBURBAN IL 604
10 OCT HOUSE BY
neopost
10/16/2023
US POSTAGE $000.63⁰

FIRST-CLASS MAIL

ZIP 60604
041M11270962



RECEIVED

OCT 27 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

10/27/2023-8