# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher James Mansoori

                        Plaintiff,

v.                                                     Case No.: 1:22−cv−01638

                                                                Honorable Lindsay C. Jenkins

Tom Dart, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 5, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court's 12/28/23 order addressed only Defendant Alesia Hines' motion to dismiss, but not the claim pending against Cook County Sheriff Tom Dart. The briefing schedule for the motion to dismiss is again extended, and Defendant Hines' reply is now due 1/26/24. As to the claim against Cook County Sheriff Tom Dart, and in an effort to keep Plaintiff's cases on similar tracks, the discovery close date is set for 3/29/24. The parties are directed to file a joint status report by 2/15/24. If the parties believe discovery cannot be completed by 3/29/24, they should inform the Court in their 2/15/24 status report. The Clerk is directed to terminate Jane Doe as a Defendant.Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.