UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christopher James Mansoori<br><br>*Plaintiff,*<br><br>v.<br><br>Defendants, *et al*<br><br>*Defendants* | 2017-CV-8846<br>2021-CV-6242<br>2022-CV-1635<br>2022-CV-2471<br>2021-CV-5881<br>2021-CV-6173<br>2021-CV-6379<br>2022-CV-1632<br>2022-CV-1634<br>2022-CV-1638<br>2022-CV-1642<br>2022-CV-2469<br>2022-CV-2470<br>2022-CV-3484<br>2022-CV-3485<br><br>Magistrate Judge Jeffrey T. Gilbert |

## ORDER

Status hearing held on February 1, 2024. Appearing by telephone were Plaintiff Christopher James Mansoori, George C. Pontikes, Plaintiff's former counsel in certain of the above-referenced cases, and Assistant State's Attorneys Jorie Johnson and Joel Zeid for certain Defendants. Appearing in person were Willam B. Oberts, counsel for Defendants Squires and Pickens in Case Nos. 21cv5881 and 22cv3485, and Cook County Sheriff Thomas Dart's Deputy General Counsel Khara Coleman who appeared at the Court's invitation to address the procedure by which Plaintiff might take oral depositions while in the custody of the Sheriff at the Cook County Jail.

Mr. Pontikes reports that he produced to Plaintiff all the documents in his files that Plaintiff was requesting with respect to the cases in which he previously represented Plaintiff in accordance with the Court's prior order in that regard. Plaintiff and Mr. Pontikes will continue to meet and confer to clarify if there are any additional documents Plaintiff needs to prosecute one or more of the above-referenced cases that Mr. Pontikes can provide from his files. Plaintiff should request any documents that Mr. Pontikes does not have from Defendants' counsel in one or more of the above-referenced cases.

Deputy General Counsel Coleman reported there is a process by which Plaintiff can take depositions via Zoom while he is the Sheriff's custody at the Cook County Jail. She described that

process and the steps that Plaintiff needs to take to be able to convene oral depositions via video while in custody. Mr. Pontikes reported he will assist Plaintiff with the preparation of deposition notices and arrange on Plaintiff's behalf for payment of the costs associated with taking the depositions, including without limitation court reporter fees.

Plaintiff's oral motion to depose certain incarcerated persons is granted for the reasons stated on the record. Plaintiff may take the depositions of the following persons incarcerated at the Cook County Jail pursuant to notice on dates convenient for all necessary participants: Quincy Cole (in Case Nos. 21cv6173, 21cv6379, and 22cv1642), Antwon Pierce (in Case No. 22cv1642), James Morrison (in Case No. 21cv6173) and Mellicent Ear (in Case No. 21cv 6379).

Depositions of the following deponents may proceed pursuant to notice provided they are all current employees of the Cook County Sheriff's Office: Sgt. Bozeman (in Case No. 21cv6379), Officer Dabrowski (in Case Nos. 22cv1635, 21cv5881, 22cv1642), Officer Luis Pena (in Case No. 22cv1634), and Sgt. Aaron Williams (in Case No. 22cv1635).

The parties shall file a joint report by February 12, 2024, with at least the following information: (1) the names of all fact witnesses Plaintiff intends to depose in the above-referenced cases (including the witnesses listed above); (2) the case numbers of the cases in which those depositions will be taken; (3) confirmed or proposed dates for the depositions; (4) a brief description of the intended subject matter to be covered in a deposition; and (5) a brief description of any objection, if any, to the deposition proceeding then being raised by any party or witness.

A continued status hearing is set for February 15, 2024, at 10:30 a.m., in-person in Courtroom 1386 in the Dirksen Courthouse. The Court will arrange for Mr. Mansoori to appear by video at that hearing.

The deadline for the filing of an updated global status report in all cases is reset from February 15, 2024 to February 14, 2024, so the parties and the Court can address the report at the next status hearing.

It is so ordered.

Date: February 2, 2024

_____
Jeffrey T. Gilbert
United States Magistrate Judge